E-Filed: **6/16/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO BENITEZ,<br><br>  Petitioner,<br><br>  v.<br><br>T. MCDONALD,<br><br>  Respondent. | Case No. CV 08-04569 GHK (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not file an objection to the R&R despite having an opportunity to do so.

IT IS ORDERED that:

1. The R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _____6/16_____, 2009

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE