E-Filed: **6/16/09**

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO BENITEZ, | Case No. CV 08-04569 GHK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| T. MCDONALD, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: _____6/16_____, 2009

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY